No. 24-5446

# In the United States Court of Appeals for the Ninth Circuit

IN RE DAYMON JOHNSON,
    *Petitioner*,

v.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
    *Respondent,*

JERRY E. FLIGLER, REGGIE BOLTON, STEVEN BLOOMBERG,
SONYA CHRISTIAN, ROMEO AGBALOG, JOHN S. CORKINS, KAY S. MEEK,
KYLE CARTER, CHRISTINA SCRIVNER, NAN GOMEZ-HEITZEBERG, and
YOVANI JIMENEZ, in their official capacities,
    *Real Parties in Interest*

On Petition for a Writ of Mandamus to the United States District Court
for the Eastern District of California, No. 1:23-cv-00848-KES-CDB

UNOPPOSED MOTION TO DISMISS PETITION

    Alan Gura
    INSTITUTE FOR FREE SPEECH
    1150 Connecticut Ave., N.W., Suite 801
    Washington, DC 20036
    202.301.3300
    agura@ifs.org

September 25, 2024      *Counsel for Petitioner*

PETITIONER'S UNOPPOSED MOTION TO DISMISS PETITION

Pursuant to Fed. R. App. P. 27, Petitioner Daymon Johnson respectfully moves this Court to dismiss the petition.

On September 23, 2024, the district court denied Petitioner's motion for preliminary injunction, and Johnson has appealed that order. Accordingly, this petition for a writ of mandamus, to direct the district court to decide the motion, is moot.

Undersigned counsel has met and conferred with counsel for real parties in interest, David Urban and Anya Binsacca, who do not oppose the motion.

CONCLUSION

This Court should dismiss the petition as moot.

Dated: September 25, 2024                Respectfully submitted,

By:  /s/ Alan Gura
Alan Gura
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., N.W.,
Suite 801
Washington, DC 20036
agura@ifs.org
202.301.3300

Counsel for Petitioner

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system on September 25, 2024, which will effect service on all counsel.

<u>/s/ Alan Gura</u>
Alan Gura
Counsel for Petitioner